CURTIS B. COULTER, ESQ.
NSB #3034
Law Offices of Curtis B. Coulter, P.C.
403 Hill Street
Reno, Nevada 89501
P: 775 324 3380
F: 775 324 3381

*Attorney for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PREMIER BANK, a Minnesota banking corporation | Case No.: 2:13-cv-01533-GMN-CWH |
| Plaintiff, | **STIPULATION TO DISMISS WITH PREJUDICE** |
| v. | |
| RENO FLIGHT SERVICES, INC., a Nevada corporation DOES I-X, inclusive, and ROE COMPANIES XI-XX, inclusive | **AND ORDER THEREON** |
| Defendants. | |

The parties have conducted negotiations and have reached a stipulation to dismiss this proceeding with prejudice. The parties further agree that each party will bear their own costs and attorneys' fees. The parties therefore, stipulate that this Court may enter a dismissal of this action with prejudice.

IT IS SO STIPULATED.

///

IT IS SO ORDERED.

_____
Gloria M. Navarro, Chief Judge
United States District Court

///

DATED: 07/07/2015.

///

1

| Dated: 7-7-15 | Dated: 7-7-15 |
|---|---|
| ALVERSON, TAYLOR, MORTENSEN & SANDERS | LAW OFFICES OF CURTIS B. COULTER, P.C. |
| By: /s/ Kurt R. Bonds | By: /s/ Curtis B. Coulter |
| KURT R. BONDS, ESQ. | CURTIS B. COULTER, ESQ. |
| 7401 WEST CHARLESTON BOULEVARD | 403 HILL STREET |
| LAS VEGAS, NEVADA 89117 | RENO, NEVADA 89501 |
| P: (702) 384-7000 | P: 775.324.3380 |
| F: (702) 385-7000 | F: 775.324.3381 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

Law Offices of
Curtis B. Coulter
403 Hill Street
Reno, NV 89501
(775) 324-3380
FAX (775) 324-3381

2